## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Jack Ward RenFro,

Mujaahida Duffy,

_____(N/A)_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 3:18Cv 2156- RV/CJK

*(To be filled in by the Clerk's Office)*

v.

Federal Bureral oF

Investigation, (FBI),

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

_____/

**Jury Trial Requested?**
☐ YES  ☒ NO

PREPARED BY:                                    DATE:

PROJECT TITLE:

Defendants continued
Head Agent in charge James E. Jewell

i B

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Jack Ward Renfro

   Address: 5205 State Hwy 153 S

   City, State, and Zip Code: Samson, AL 36477

   Telephone: 334 360 2176 (Home) _____ (Cell)

2. Plaintiff's Name: Mujaahida Duffy

   Address: P. O. Box 1151

   -CTHY44971174- Caryville FL-

   City, State, and Zip Code: Poxton, FL 32538

   Telephone: 334 360 2176 (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Federal Bureral of Investigation

   Official Position: Government Aagoncy

   Employed at: N/A

   Mailing Address: 200 N. Royal St.
   Mobile, AL 36602

   □ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: Agent in charge James E. Jewell

   Official Position: Agent in charge

   Employed at: Mobile - Federal Bureral of Investigation

   Mailing Address: 200 N. Royal St.
   Mobile, AL 36602

   □ Sued in Individual Capacity    ☒ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*)        ☐ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

On 9-5-2018, I musaahida Duffy did remit mine and my huchand guns to Geneva County Sheriff. I am a citizien of Florida my Huchond maintainc legal recidency in Alabama. I returned to collect weapone on about 9-14-2018 and weapons hod been conficcated

**Factual Allegations, Continued** *(Page ___ of ___)*

by agent M. Scott Owens that the orders of Same E. Jewell (head agent in charge mobile office, Agent Owens defamed my reputation by informing Tony Helms and all Deputies present that I was a convicted Felon. Tony Helms stated he would act against as a convicted Felon in the Future in contact w/ him and his Deputies. The issue is I was relieved by 17(b) of the California Penal code of any such alleged Felony history. Reciprocity of Low makes the issue moot, regardless of where I live. FBI since this seizure, has ignored all communication by me and husband Jack Ward Renfro. There has been no seizure notice given and Lastly have had all telephone reports given to the FBI ignored. Further all email reports/complaints written and mailed remain unanswered

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. Fourth Amendment against unreasonable search and seizure. 2. Sixth Amendment trial rights, 3. Fifth Amendment as in due process and just compensation, 4. Second Amendment right to bear arms

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

1. Return of weapons. 2. Return of Filing / Service costs of legal action. 4. Clear Order to FBI to accept 17(h) protection relieving me and husband of all direct lor associated sanction for claim of me being a convicted Felon: continued

PREPARED BY:                                              DATE:

PROJECT TITLE:

continued

Relief Requested.

5. letter of Apology to me and my husband, 6. Public notice w/ me present by the FBI to the Geneva County sheriff, stating there seizure and defamation was incorrect and not to harrass Further Jack ward Renfro and Mujaahida Dufty Because of it.

6 8

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _12 Oct /8_ Plaintiff's Signature: _Jack W. Renfro_

Printed Name of Plaintiff: _Jack Ward Renfro_

Address: _P.O. Box 1151_

_Paxton, FL   32538_

E-Mail Address: _spammercontrol@yahoo.com_

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12 at 18 Plaintiff's Signature: _____

Printed Name of Plaintiff: Mujaahida Daffy

Address: P.O. Box 1151

Poxton, FL 22538

E-Mail Address: bad spammercontrol@yahoo.com

Telephone Number: 334  360 2176

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*