IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MUJAAHIDA DUFFY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv589-MHT |
| | ) | (WO) |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION and | ) | |
| JAMES E. JEWELL, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal
(doc. no. 82), it is the ORDER, JUDGMENT, and DECREE of
the court that this cause is dismissed in its entirety
without prejudice and with the parties to bear their
own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment
pursuant to Rule 58 of the Federal Rules of Civil
Procedure.

This case is closed.

DONE, this the 30th day of June, 2020.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE